**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1361**

EDMUND AWAH,

        Plaintiff - Appellant,

    v.

CAPITAL ONE BANK, NA,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, Senior District Judge. (8:14-cv-01288-DKC)

Submitted: August 25, 2016        Decided: August 29, 2016

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Edmund K. Awah, Appellant Pro Se. Bryan Alan Fratkin, MCGUIREWOODS, LLP, Richmond, Virginia, Craig Robert Haughton, MCGUIREWOODS, LLP, Atlanta, Georgia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edmund Awah appeals the district court's order granting summary judgment to Capital One Bank, NA, in his civil action. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Awah v. Capital One Bank, NA, No. 8:14-cv-01288-DKC (D. Md. Mar. 11, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED